IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PATRICIA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-00459-CV-W-NKL |
| v. ) | |
| ) | |
| JACKSON COUNTY, MO, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 7, 2007, an Order to Show Cause (Doc. 6) was entered ordering the Plaintiff to show cause, in writing, on or before August 17, 2007, why Defendant Jackson County, Missouri's Motion to Dismiss (Doc. 4) should not be GRANTED. The Order to Show Cause (Doc. 6) was mailed by regular and certified mail, return receipt requested to Patricia Thomas, 3306 College, Kansas City, Missouri 64128. The certified mail receipt was returned (Doc. 8) showing Patricia Thomas signed for the envelope containing the Order to Show Cause (Doc. 6) on August 9, 2007. As of this date, no response has been filed by the Plaintiff. Accordingly, it is hereby

ORDERED that Defendant Jackson County, Missouri's Motion to Dismiss (Doc. 4) is GRANTED. Defendant Jackson County, Missouri is dismissed with prejudice for Plaintiff's failure to state a claim.

  s/NANETTE K. LAUGHREY
NANETTE K. LAUGHREY

United States District Judge

Dated:   August 29, 2007